**DISMISS; and Opinion Filed December 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01609-CV

### IN THE INTEREST OF H.A., A CHILD,

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-166w**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

This is an accelerated appeal from the trial court's order terminating the parental rights of both H.A.'s mother and father. Elvessie Denise Ewers, who intervened in the case in the trial court, filed her notice of appeal on November 13, 2013. Since filing her notice of appeal, Ewers has taken no action in this case. She has failed to pay the required fees and failed to show she is entitled to proceed in the appeal without advance payment of costs. *See* TEX. R. APP. P. 5 (filing fee), 20.1 (indigency), 35.3 (clerk's record fee). She has also failed to file the docketing statement as required by the rules of appellate procedure. *See id.* 32.1.

On November 19, 2013, we cautioned Ewers by postcard that her appeal could be dismissed unless she filed the docketing statement within ten days of the date of the postcard. On November 21, 2013, we cautioned Ewers by letter that her appeal could be dismissed within ten days of the date of the letter if she failed to pay the necessary fees or showed she is indigent.

In response to this Court's communications, Ewers has taken no action or otherwise communicated with the Court.  Accordingly, we dismiss the appeal.  *See id.* 42.3(b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

131609F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.A., A CHILD,

No. 05-13-01609-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas,
Trial Court Cause No. 12-166w.
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 12th day of December, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE